UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSE MIGUEL QUINONES, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 1:13-cv-00077-TWP-MJD |
| GREG HANKS, | ) ) ) |
| Respondent. | ) ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Jose Miguel Quinones. Quinones' amended petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 06/23/2014

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

JOSE MIGUEL QUINONES
157540
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064